

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00817-CV

Joseph A. **RAMIREZ** and April M. Ramirez,
Appellants

v.

Rosalinda **HURON**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06197
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The docketing statement was due on November 29, 2018, but has not been filed. *See* TEX. R. APP. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We order appellant to file the docketing statement by **December 17, 2018.** A failure to comply with this order may result in this appeal being dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court